> For the reasons stated in the Green Declaration (Dkt. No. 25) the application is granted.
>
> SO ORDERED.
>
> *Paul G. Gardephe*
> Paul G. Gardephe
> United States District Judge
> August 26, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SHERI SAVAGE, *etc.*,

                Plaintiff,

   – vs –

RABOBANK MEDICAL PLAN,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF DEFENDANT'S MOTION TO FILE PORTIONS OF ADMINISTRATIVE RECORD UNDER SEAL**

PLEASE TAKE NOTICE, that upon the accompanying Declaration of Daniel J. Green, dated August 24, 2020; Defendant's Memorandum of Law, dated August 24, 2020; the Administrative Record; and all the pleadings and proceedings herein, Defendant by and through its attorneys Epstein Becker & Green, P.C. will, with Plaintiff's consent, move before the Honorable Paul G. Gardephe, District Judge, United States District Court for the Southern District of New York, at the Federal Courthouse, 40 Foley Square, New York, New York, on such date and time as may be set by the Court, pursuant to the Court's Individual Rule II(B), for an Order permitting Defendant to file Administrative Record pages AR 0001 through 2822 and 3325 through 3468 under seal, and for such other relief as is just and proper.

Dated:  July 24, 2020

                                              **EPSTEIN BECKER & GREEN, P.C.**

                                              By:  */s/ John Houston Pope*
                                                   John Houston Pope
                                                   Daniel J. Green
                                           875 Third Avenue
                                           New York, New York  10022
                                           (212) 351-4500
                                           *Attorneys for Defendant*