The Killian Firm, P.C.
555 Route 1 South, Suite 430
Iselin, New Jersey 08830
(732) 912-2100

Lisa S. Kantor, Esq. Calif. State Bar No. 110678, admitted *pro hac vice*
Elizabeth K. Green, Esq. Calif. State Bar No. 199624, admitted *pro hac vice*
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
lkantor@kantorlaw.net

Attorneys for Plaintiff
Sheri Savage, Executrix of the Estate of Cindy Sieden

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SHERI SAVAGE,
EXECUTRIX OF THE ESTATE OF CINDY SIEDEN,

                             Plaintiff,

        -against-

RABOBANK MEDICAL PLAN,

                         Defendant.
------------------------------------------------------------------X

19-cv-09893-PGG

NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE PROTECTED HEALTH INFORMATION AND INDIVIDUALLY IDENTIFIABLE INFORMATION UNDER SEAL

ECF CASE

---

The application to file protected health information and individually identifiable information under seal is granted.

SO ORDERED.

*/s/ Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge
August 26, 2020

---

**PLEASE TAKE NOTICE** that Plaintiff Sheri Savage, Executrix of The Estate of Cindy Sieden by and through her attorneys, The Killian Firm, P.C. and Kantor & Kantor LLP, hereby moves this Court, on a date and at a time to be set by the Court, before the Honorable Paul G. Gardephe, at the United States District Courthouse for the Southern District Of New York, 40 Foley Square, New York, New York 10007-1312, for an order granting Plaintiff leave to file protected health information and individually identifiable information under seal. Plaintiff's

-2-

motion is based on the ground that Plaintiff's Rule 56.1 Statement in Support of Plaintiff's Motion for Summary Judgment contains excerpts of the administrative record which contain Protected Health Information and individually identifiable information.

DATED: August 24, 2020                    Respectfully submitted,

                                                  /s/ Elizabeth K. Green
Elizabeth K. Green, Esq., admitted *pro hac vice*
Calif. State Bar No. 199634
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
egreen@kantorlaw.net