UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SHERI SAVAGE, *etc.*,

                Plaintiff,

     – vs –

RABOBANK MEDICAL PLAN,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**ORDER TO TERMINATE THE APPEARANCE OF DANIEL JARED GREEN FOR DEFENDANT RABOBANK MEDICAL PLAN**

Case No. 19-cv-9893 (PGG)

      Defendant Rabobank Welfare Benefits Plan, sued herein as Rabobank Medical Plan ("the Plan"), through its counsel, Epstein Becker & Green, P.C. ("EBG"), respectfully requests, pursuant to Local Civil Rule 1.4, that the Appearance of Daniel Jared Green, as counsel on its behalf be terminated. Mr. Green is no longer associated with EBG and no longer represents the Plan in this matter.

      EBG has represented the Plan throughout the pendency of this action and continues to do so. Mr. Green appeared in this action while an attorney at EBG by filing a Notice of Appearance on behalf of the Plan on July 15, 2020. This case is not on the Court's trial calendar and the termination of Mr. Green's appearance will not affect the posture of this case in any way.

      Defendant the Plan, therefore, respectfully requests that the appearance of Daniel J. Green on its behalf be terminated.

New York, New York
July 14, 2023

                          EPSTEIN BECKER & GREEN, P.C.

                          By:    s/*John Houston Pope*
                                John Houston Pope
                        875 Third Avenue
                        New York, New York 10022
                        (212) 351-4500
                        JHPope@ebglaw.com
                        *Attorneys for Defendant*
                        *Rabobank Welfare Benefits Plan, sued*
                        *herein as Rabobank Medical Plan*

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated:   July 14, 2023

2