**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SHERI SAVAGE, as Executrix of the Estate of Cindy Sieden,

                     Plaintiff,

    -against-                                   19 **CIVIL** 9893 (PGG)

## **JUDGMENT**

RABOBANK MEDICAL PLAN,

                     Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated September 30, 2024, Defendant Rabobank's motion for summary judgment is granted, and Plaintiff Savage's cross-motion for summary judgment is denied; accordingly, the case is closed.

**Dated:** New York, New York

      September 30, 2024

                                                     **DANIEL ORTIZ**
                                                 **Acting Clerk of Court**

                         **BY:**     *K. Mango*

                                                  **Deputy Clerk**